**SECOND DIVISION**
**BARNES, P. J.,**
**MILLER, and RAY, JJ.**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules/**

**August 10, 2015**

# In the Court of Appeals of Georgia

A13A2100. PARKER v. THE STATE.

BARNES, Presiding Judge.

In *Parker v. State*, 296 Ga. 586 (769 SE2d 329) (2015), the Supreme Court of Georgia reversed Division 1 of the judgment of this Court in *Parker v. State*, 326 Ga. App. 217 (756 SE2d 300) (2014).[1] We vacate our earlier opinion and adopt the opinion of the Supreme Court as our own. Accordingly, we vacate Parker's convictions and the order denying his motion for material witness certificates, reverse the trial court's exclusion of Parker's proffered documents, and remand the case "to the trial court with direction to issue a new order on Parker's motion after considering his proffers, along with any other unprivileged evidence submitted by Parker and the State on remand." *Parker*, 296 Ga. at 596 (4).

---

[1]This Court's rulings on which the Supreme Court did not grant certiorari remain the law of the case. *Parker*, 296 Ga. at 597, n. 14.

If the trial court on remand grants Parker's motion for material witness certificates in whole or in part, and Parker then succeeds in obtaining summonses for the witnesses from the Kentucky court, then a new trial will be necessary. If, on the other hand, the trial court denies the motion again, then the court should reenter the judgments of conviction against Parker, who could then take another appeal challenging the second ruling on his motion and any related issues.

Id. at 597 (4).

*Judgment vacated and case remanded with direction. Miller and Ray, JJ., concur.*